## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                  Case No:   15-40086-01-DDC

**FRANK BOSWELL (01),**

      Defendant.

                                       **Atty for Govt: Christine E. Kenney**
                                       **Atty for Deft: Jack Friedlander**

| JUDGE: | Daniel D. Crabtree | DATE: | 11/6/2017 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PRETRIAL/PROBATION: | Stacey Beilman |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
                                                   $ _____ on count(s)

☐ **Total Restitution:**                       $ _____

☐ Defendant Fined                       $ _____ on count(s)
                                                   $ _____ on count(s)

☐ **Total Fine:**                              $ _____

☒ Defendant Assessed under 18:3013    $ 100.00    on count 2 of Second Superseding Indictment
                                                            $ _____ on count(s)
                                                             $ _____ on count(s)

☒ **Total Assessment:**                  $ 100.00

☒ Indictment, Superseding Indictment, Counts 1, 3, 4, 5, 6-9, 10, 11-14 and 15 of Second Superseding Indictment and Third Superseding Indictment dismissed by the Court on the motion of the United States.
☒ Government  ☒ Defendant    - Advised of right to appeal
☐ Defendant to voluntarily surrender
☒ Defendant remanded to custody
☐ Stay of Execution    ☐ Granted      ☐ Denied
☒ Notes:  The government moves to amend the parties' plea agreement to include a $5,000.00 assessment under 18 U.S.C. § 3014 and 46 months as the low end of the guidelines calculated by the Presentence Investigation Report.  The court grants this motion.  The court accepts and approves the parties' plea agreement, as amended.  The defendant is sentenced to the custody of the Bureau of Prisons for a term of 46 months to be followed by 5 years of supervised release.  The court recommends that the defendant be able to participate in any substance abuse treatment available on the

defendant's request.  The court further recommends that the defendant be designated to a facility as near as possible to Topeka, Kansas on the defendant's request.